**FILED**

✓AUG 06 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | JUDGE GETTLEMAN |
| | ) | No. 20 CR 412 MAGISTRATE JUDGE CUMMINGS |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| | ) | Code, Section 922(a)(6) |
| ERIC BLACKMAN | ) | |

The SPECIAL JANUARY 2020 GRAND JURY charges:

1.   At times material to this indictment:

a.   Federally licensed firearms dealers are required to record all sales of firearms on Bureau of Alcohol, Tobacco, and Firearms ("ATF") Forms 4473, unless the sales were to other licensed dealers;

b.   Federal law required that, upon the purchase and transfer of a firearm from a licensed dealer to another individual, the transferee/buyer of that firearm must truthfully complete an ATF Form 4473;

c.   ATF Form 4473 recorded information concerning the transfer of a firearm from a licensed firearm dealer to another individual, including but not limited to the name, age, and place of residence of the transferee/buyer;

d.   Question 11.a of ATF Form 4473 asked the transferee/buyer whether he was the actual buyer of the firearm, and stated: "Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person";

e.   Upon completing ATF Form 4473, the transferee/buyer of the firearm was required to sign the form, certifying that the information on the form was true and correct. In so doing, the purchaser certified as follows:

i. "I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473."

ii. "I understand that answering 'yes' to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law."

iii. "I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law."

f. Federal licensed firearms dealers used the information provided on ATF Forms 4473 to insure that the transferee/buyer was not prohibited by law from purchasing firearms.

g. Individuals known as "straw purchasers" are those who, when purchasing a firearm from a licensed firearm dealer, falsely certify on an ATF Form 4473 that they are the actual buyers of firearms, when, in fact, they are buying firearms on behalf of someone else.

h. At all times relevant here, Eagle Sports Range, located in Oak Forest, Illinois, possessed a federal firearms dealer's license issued by ATF and offered firearms for sale to the public.

2. On or about August 10, 2019, in the Northern District of Illinois, Eastern Division,

ERIC BLACKMAN,

defendant herein, did acquire a firearm, namely a Smith and Wesson model SD9VE

9 millimeter pistol, bearing serial number FZK3563, from a licensed dealer and did

knowingly make a false and fictitious oral or written statement intended and likely

to deceive such dealer with respect to any fact material to the lawfulness of the sale

or other disposition of such firearm, namely that on an ATF Form 4473, defendant

represented that he was the "actual buyer" of the Smith and Wesson model SD9VE 9

millimeter pistol, bearing serial number FZK3563, whereas in truth and in fact, as

defendant knew at the time, he was not the actual buyer, but was purchasing the

firearm on behalf of another person;

In violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL:

_____

FOREPERSON

_____

Signed by Timothy J. Storino on behalf of the
UNITED STATES ATTORNEY